# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSH SPEARMAN, A/K/A JOSHUA SPEARMAN,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 74698

**FILED**

FEB 0 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

No decision had been made on the petition when appellant filed his appeal on December 7, 2017. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Stefany Miley, District Judge
       Josh Spearman
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Roy L. Nelson, III

18-05353